UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-MJ-224-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALI FAYEZ NASRALLAH, )<br>)<br>Defendant ) | ORDER GRANTING ADMISSION<br>*PRO HAC VICE* |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 4) concerning Peter Verby, filed January 25, 2011. Mr. Verby seeks to appear as counsel *pro hac vice* for Defendant Ali Fayez Nasrallah.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Verby is admitted to appear before this court *pro hac vice* on behalf of Defendant Ali Fayez Nasrallah.

**SO ORDERED**.

Signed: January 26, 2011

David C. Keesler
United States Magistrate Judge