UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00189-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALI FAYEZ NASRALLAH, | ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on the government's Motion for Final Determination of Restitution (#45).

The defendant plead guilty to one count of conspiracy and one count of fraud and false statements on a tax return. (#26). In the prior Judgment in this case (#26), the defendant was ordered to pay restitution to a variety of payees, including the Internal Revenue Service (IRS). The payments at the time of the Judgment totaled $623,826.75. At that time, the payments due to the Internal Revenue Service were in the amount of "TBD," as these payments were to be determined later. The amount owed by defendant to the Internal Revenue Service has now been determined to amount to $72,446.00. The addition of this amount to the existing restitution obligation brings the total to $696, 272.75. The defendant remains jointly and severally liable for the total restitution with Ali Ahmad Elzein (3:09-cr-01-01).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Final Determination of Restitution (#45) is **GRANTED.** The total restitution ordered in the Judgment (#26) shall be in

the amount of $696, 272.75, with the amount $72,446.00 replacing "TBD" owed to the IRS on page 5 of that Judgment.

The clerk is directed to update the total restitution jointly and severally owed by Ali Ahmad Elzein (3:09-cr-01) in accordance with this Order.

Signed: October 31, 2016

Max O. Cogburn Jr
United States District Judge